Case 2:24-cv-02249-APG-MDC   Document 16   Filed 01/06/25   Page 1 of 8

Elijah Dominguez
2 390 2511
2190 east mesquite Ave
Pahrump Nevada 89060



FILED        RECEIVED
ENTERED      SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 0 6 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ AMMI _ DEPUTY

United States District
District of Nevada
Elijah Dominguez
V
CoreCivic et AL

Case No
24-CV-02249
APG-MDC
Cognizable
Complaint for
1983

The Plaintiff herby files a complaint that cognizable
under 1983 under the American with disablity act (ADA)
were Sgt Taylor, ~~Deputy~~, Deputy Cardenaz Who on
December 3rd 2024 violated American with Disablity
act through discrimination against a Disabled under
ADA title II provison by failling to reasunable accommadate
Disabled inmates For programs at the Southern Nevada
Detention facilty such as use of tablet, acess to
recreation and unreasnable use of force were I witnessed
a Disable Inmate be told to cuff up at 300AM and
Banged on his door and was told his was being taken
to victorville by the us marshall and had a order

to move... the... D... ...entation Lacy speak to him but none were available I acted as a Para legal to explain to him what was going on as I also Suffer for mental Disablity and have a Diagnosied ADD, ADHD, Torruets, Bi polar Unspecfied and Skitophrenia Diagnose by a Doctor on febuary 15th 2018 by a Doctor velisA Ho and was Subjected to harrassment by deputy meskeet in violation of 28 CFR 35.134 title III and the private facilty of corecive under title V prohibting retaliation See 42 USC 12182 (a), 12203 (a), (B) were Deputy meskeet sought to harrass me and come by my cell and intimidate me when on shift in medical threat mental Health inmates are violence also being unlawful exturted for programs available at this facility which If you have disabilty It unlawful to past cost to ADA accomadetion and is prohibited under federal Law to send cost for public program to disabled Mental Health and other are also subjected to cruel and Unusal punishment under the 8 15th Amendment in which we are subjected to torture through sleep peprivation were lights are on 24 hours a Day radio are blaring During hours or lights out and slots are being opened and Slammed shut Depriving Inmates of sleep through torture in violation of the fourteenth Amendment of the constitution and geunva convention Inmates are also being sexual harrassed In which Sgt ortiz on December 14th 2024 under 18 USC APP x 2A311 had watch me use the restroom and was speaking to me about almeident December 12th 2024 were I had used my first Amendment of the constitution to protest the use of excessive force and the major 1608 civic core Conduct of Disabled were I had been maced an injury to my finger and cut on my head after recieving sever chemical burn to my face and upper torso were I

Recieved no Medical that Feaured the bem in mus Care only reciving a Band aid for my swollen finger after injured By Sgt ~~Hampshire~~ and deputy little In violation of my fourteenth and eigth Amendment after Being sprayed with o.c. chemicals five times and was then taken through the modvel vneloths after having my cloths cut off the Deputy little and sgt hampshire sought to esculate a situation because of a First Amendment protest of abuse of inmates with disablity and covering up windows and said Take this down or I'llspray you when I asked for mental Health Due to under staffing there was

Non-available and what caused physical abuse and cuts to the top of my head three day later was looked at but not treated violating my cisth and fourtienth Amendment throush Dual care and adeawate medical treatment During this incident I was Denied acess to Water for three days and had to wait a weeks to shower after being sprayed with oc Spray Denied Soap, tooth Brush, shampoo to clean the oc spray off I was forced to be naked in a cell with no cloths were female offke had Made comment on my Butt about the rash that was caused by the oc spray

and inability to show and have Female staff comment on me having a small penis and was wet and naked provided no warmth of clothing or Blankets in the winter by civiccore violating PREA

The company civiccore further obstructed and impead Justice through talking criminal Discovery of the Defendant Elijah Dominguez were the Company civic core impeaded Dominguez Process in the ninth circuit Apellate and civic core Justified it taken of property in regards to legal record by claiming that I was on property restriction and spoke to sgt coin, sgt ortiz linda Mood and the Cheif stutzman explaning that It a violation of the fifth, sixth and fourteenth and First amendment to deny acess to legal Records in criminal proceedings but could take all non legal Record This was on 12/16/24 and was told by linda Mood on 12/30/24 that I would recieve my property Back and recieved a committee notification but never recieved my property in which legal interference has occured through Denial of Due process and equal protect of the Law and have been reasonable denied acess to a phone to call counsel in this criminal proceeding through a phone restric

The acess To Phone is not an absolute right and Can be restricted for certain Penalogical intrest in which Non were provided after speak with the Witness Montez a Private security gaurd No reasonable Penobgical reason was given he said give Me 30 Minutes and he speak to Sgt Ortiz the right to speak to counsel is absoulte, Protected under the Sixth Amendment and have the right to communication With Counsel but not family or there is an alternative through mail but I lack the Adress to the federal Public Defenders adress and am limited For 30 day after exhausting funds to become indigent again and is unreasonable Restrictions have Denied me acess to Counsel the courts and equal protection under the law and du Process Under Fifth, Sixth, Fourteenth and firs amendment

On Dec 25th 2024 a Jane Doe Defendant had been Watch men in showers and Bring cloths to the plaintiff in violation of PreA and had asked if I was pressed knowing what She was Doing was unlawf and explained A male Deputy Must Bring cloths to Me but was Disregarded in violation of two prior issue with female Deputy and PreA complaints all vide are recorded I certify that all is true and correct to the best of my knowledge Under Peanlty ok perjury Elisah Dominguez Dec 31st 2024

10-100C-A USMS

# REVIEW COMMITTEE NOTIFICATON

DATE: 12/30/2024

Detainee Name: DOMINGUEZ, ELIJAH

Number: 23902511

This notice serves to advise you that you have been scheduled for the following type of review on: 12/31/2024.

**7 Day Disciplinary Segregation Review**

**7 Day Administrative Segregation Review**

**30 Day Review**

This review will include a presentation and examination of your medical and mental health status, custody level and level changes (High, Moderate, Low), consideration for step-down, alternative/less restrictive housing, and consideration for step-down work assignment and behavioral modification programming (when available), and early release.

I acknowledge that I have been informed of the date, approximate time and nature of this review.

I wish to attend: _____

I wish to attend and will need interpretation services: _____

I am refusing to attend: _____

| | |
|---|---|
| **Detainee Signature** | **Detainee #** |

**(This section to be completed by a staff member)**

| | |
|---|---|
| **Staff Witness Signature** | **Date/Time** |

**Staff Witness Signature**
**(2ⁿᵈ signature required if inmate/detainee refuses to sign)** — Date/Time

10/2022

Proprietary Information – Not For Distribution – Copyrighted - Property of CoreCivic

## CORECIVIC INMATE/DETAINEE DISCIPLINARY REPORT

| | |
|---|---|
| Inmate/Detainee Name: | DOMINGUEZ, ELIJAH |
| CoreCivic #: | Other: 23902511 |
| Offense # and Title: | MAJOR #12: HINDERING EMPLOYEE OF JOB DUTIES |
| Date of Offense: 12·16·24 | Time of Offense: Approx 2307 |
| Location of Offense: | CA - 109 |
| Inmate/Detainee Detained for: | |

Description of Offense: ON December 16,24 at approximately 2307 Hrs detainee Dominguez #23902511 used toilet paper to cover his window in CA cell 109. Because of this, I SOO Grant had to stop doing rounds to go to dominguez's door to tell him to uncover his window. He did not comply & requested the captain. For this I am Charging (D) Dominguez with Major 12: Hindering Staff.

(Use Continuation Sheet, if Necessary)

| | |
|---|---|
| Staff Involved: | SGT Grant / O/o Kimbrough |
| Inmates/Detainees Involved: | Dominguez, Elijah |
| Physical Evidence and Disposition: | Milestone |
| Immediate Action, Including Use of Force: | Verbal directives, Cpt onsite |
| Reporting Employee Name and Title: | Grant SGT |
| Date Prepared: 12·17·24 | Time Prepared: 0100 |
| Employee Signature: Grant | Supervisor Signature: S/S Godinez    12/17/24  0200 |

## ADVISEMENT OF RIGHTS:

By signing below, the accused indicates the rights they desire and this is not an admission of guilt.

1. Does the accused wish to have a Staff Advisor? Yes _____ No _____
   If yes, add Staff Advisor's name and title: _____

2. Does the accused wish to call voluntary witnesses to testify on their behalf? Yes _____ No _____
   If yes, name and case or arrest # of witnesses: _____
   _____
   _____

3. Does the accused waive the right to a hearing? Yes _____ No _____
   If so, does the accused please guilty to the charge? Yes _____ No _____

4. Date set for hearing: _____

5. Does the accused wish to waive the right to 24 hours' notice of charges? Yes _____ No _____
   Inmate/Detainee Signature: _____

Accused Inmate/Detainee received a copy of report:

_____        _____
Inmate/Detainee Signature                    Date and Time

_____        _____
Staff Serving Notice of Charge Signature      Date and Time

06/28/2021

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

