# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Elijah Dominguez, | Case No.: 2:24-cv-02249-APG-MDC |
| Plaintiff | **Order** |
| v. | |
| Core Civic, et al., | |
| Defendants | |

On March 11, 2025, I dismissed Plaintiff Elijah Dominguez's claims without prejudice and closed this case because he had not filed a complete application to proceed *in forma pauperis* or paid the $405 filing fee. ECF No. 18. My dismissal order came back as undeliverable because Dominguez had not provided the court with his updated address. ECF No. 20.

Dominguez has now filed a document titled Proof of Factual Claims of Contempt of Court. ECF No. 21. That document includes a return address for Dominguez at the Metropolitan Detention Center in Los Angeles, California. *Id.* at 7. As discussed in my dismissal order, this case has been closed, and if Dominguez wishes to pursue his claims, he must file a complaint in a new case. However, in light of the new address included in Dominguez's filing, I will direct the Clerk of the Court to send him a courtesy copy of my previous dismissal order.

I THEREFORE ORDER that the Clerk of Court is directed to send Plaintiff Elijah Dominguez a courtesy copy of my dismissal order (ECF No. 18).

Dated: June 9, 2025

_____
Andrew P. Gordon
Chief United States District Judge